In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-25-00424-CR**

**IN RE MICHAEL LOWMAN**

**Original Proceeding**
**221st District Court of Montgomery County, Texas**
**Trial Cause No. 24-07-10974**

**MEMORANDUM OPINION**

Michael Lowman filed a petition for a writ of mandamus to compel the trial court to act on a motion for bail pending appeal that Lowman filed pro se while he is being represented by counsel.[1] Lowman acknowledges in his mandamus petition

---

[1] Lowman failed to identify the State of Texas as the Real Party in Interest and failed to certify that he mailed a copy of his mandamus petition to the Respondent and the attorney representing the Real Party in Interest, and he failed to certify that he served a copy of the petition on the Respondent and the attorney representing the State in his appeal. *See* Tex. R. App. P. 9.5; 52.3. We use Rule 2, however, to look beyond these deficiencies to reach an expeditious result. *See id*. 2.

that an attorney represents Lowman in his appeal.[2] Criminal defendants are generally not entitled to hybrid representation and a "trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel." *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Lowman failed to establish that the trial court abused its discretion. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on November 18, 2025
Opinion Delivered November 19, 2025
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

---

[2]Lowman's appeal from Trial Cause Number 24-07-10974 is pending before this Court as Appeal Number 09-25-00152-CR.